UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re                       *

**Jose Luis Semidey**
**Sheyla Carolina Rojas,**       *     **Case No. 08-12693-SSM**
                                        *     Chapter 7
          Debtor.                *

## REPORT OF DEPOSIT OF SMALL DIVIDEND

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| Chase Bank, USA<br>C/O Weinstein and Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121 | $3.79 |
| eCAST Settlement Corp.<br>Assignee of HSBC Bank Nevada / Assigns<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | $3.23 |
| eCAST Settlement Corp.<br>Assignee of HSBC Bank Nevada and its Assigns<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | $4.40 |
| Capital One Bank (USA), N.A.<br>c/o TSYS Dept<br>Management (TDM)<br>P.O. Box 5155<br>Norcross, GA  30091 | $2.25 |
| Capital One Bank (USA), N.A.<br>c/o TSYS Dept<br>Management (TDM)<br>P.O. Box 5155<br>Norcross, GA  30091 | $2.78 |

Date: 5-17-2011

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
Virginia State Bar #23125
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
703-218-2116

#1404009v1  Small Dividends Report  31070/02100

